# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-3123

TWC Administration LLC

Appellee

v.

Timothy Cathey

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:17-cv-00235-BCW)
_____

**MANDATE**

In accordance with the judgment of 11/21/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 19, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit